### GOULET *v.* PERRY.

APPEAL—FINDINGS OF FACT—EXCEPTIONS—ERROR.

No question is open for consideration on appeal, in an action tried before the court without a jury, where no exceptions were taken to the findings, and error is not assigned on the ground that the facts found do not support the judgment.

Error to Osceola; McMahon, J. Submitted February 2, 1900. Decided March 6, 1900.

Trover by Louis X. Goulet and another against John Perry, impleaded with Amos Rosenberg and others. From a judgment for plaintiffs, defendant brings error. Affirmed.

*Clyde C. Chittenden* (*E. E. Haskins*, of counsel), for appellant.

*C. M. Beardsley*, for defendant Rosenberg.

*J. Byron Judkins* and *J. E. Richardson* (*Harrison Geer*, of counsel), for plaintiffs.

PER CURIAM.   This is an action of trover for the conversion of a printing-press and attachments.   Judgment was taken against all the defendants except Rosenberg, who was held not liable.   Defendant Perry alone appeals. The case was tried before the court without a jury, and a finding of facts and law made.   The only finding of law is that the plaintiffs were entitled to recover.   Appellant made no exceptions to the finding, either of fact or law. The only question, therefore, reviewable, is whether the facts found support the judgment.   No error is assigned for that reason, nor is it argued in the brief of counsel. Aside from this, the facts found fully sustain the judgment.

Judgment affirmed.